

```
Court Name: District Court
Division: 1
Receipt Number: 14637003664
Cashier ID: kowens
Transaction Date: 08/08/2005
Payer Name: US Treasury
-----------------------------------
PLRA CIVIL FILING FEE
 For: Butler, James
 Case/Party: D-MDX-1-02-CV-004102-001
 Amount:         $9.81
-----------------------------------
CHECK
 Check/Money Order Num: 73673141
 Amt Tendered:   $9.81
-----------------------------------
Total Due:       $9.81
Total Tendered:  $9.81
Change Amt:      $0.00

03cv4102                      AUG 15 2005
```

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov
OFFICIAL BUSINESS