SCANNED

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov
OFFICIAL BUSINESS

Mr. James A. Butler #10256-050
Cumberland FCI
P O Box 1000
Cumbe

NIXIE      212      1      08 03/07/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 212012505099    *2527-02690-24-37*

BALTIMORE MD 212
US POSTAGE $00.39

Court Name: District Court
Division: 1
Receipt Number: 14637887454
Cashier ID: jkaiser
Transaction Date: 02/22/2006
Payer Name: FDP

PLRA CIVIL FILING FEE
  For: Butler, James
  Case/Party: D-MDX-1-02-CV-004102-001
  Amount: $3.95

CHECK
  Check/Money Order Num: 75180716
  Amt Tendered: $3.95

Total Due:       $3.95
Total Tendered:  $3.95
Change Amt:      $0.00

02-4102