IN THE UNITED STATES DISTRICT COURT

MAY 0 8 2008

CLERK U.S. DISTRICT OF MARYLAND

JAMES A. BUTLER,
    Plaintiff,

vs,

BUREAU OF PRISONS,
    Defendants.

Civil Action No.:
07-7418, 00387-WMN-07-463 & WMN--05-387
02-7237, CA-01-3770 -WMN & WMN-013770
WMN-02-4102 && WMN-03-797 & WMN-04-2496
03-7380, CA-03-797-1-WMN & 04-6052
03-7421, CA-03-1798 & 03-7420, CA-03-708wmn

### MOTION TO COMPEL BUREAU OF PRISONS TO FOLLOW COURTS ORDER PURSUANT TO PLR'S

    Plaintiff James A. Butler, respectfully moves the Honorable Court to compel the Bureau of Prisons, Business Office to forward all funds that have been collected to the Clerk of Court, pursuant to the Court's Orders.

    Plaintiff in support thereof states the following:

    1. The Court in several ORDER'S granted plaintiff in forma pauperis in accordance with the provisions of 28 U.S.C. § 1915 (b)(2) to MAKE monthly payments of 20% of each months' income credited to his account as payments of his filing fee to the Clerk of Court each time that plaintiff's account exceeds $10.00 until his filing fees are paid in full.

    2. The Bureau of Prisons, Fiscal Administrator at the Federal Medical Center Rochester, MN continues to encumbered funds from plaintiff account and hold them in violation of the Court ORDERS since March 3, 2006. See exhibit

    WHEREFORE, plaintiff pray that the Court compel the defendants to send these funds to the Clerk of Court as indicated in the Court's Order, if the account exceeded $10.00

Dated: 5/1/08

Respectfully submitted,

James A. Butler

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: 10256050 | Current Institution: | Rochester FMC |
| Inmate Name: BUTLER, JAMES | Housing Unit: | MED/SURG |
| Report Date: 01/14/2007 | Living Quarters: | D04-218L |
| Report Time: 1:10:26 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | 10/26/2006 9:52:28 AM | 53 | | | Sales | ($0.80) | | $3.40 |
| RCH | 10/25/2006 3:12:42 PM | TFN1025 | | | Phone Withdrawal | ($1.00) | | $4.20 |
| RCH | 10/24/2006 11:49:25 AM | ITS2CONV | | | Phone Rev With Rel | $1.99 | | $5.20 |
| RCH | 9/5/2006 10:41:12 AM | FICD0906-1277 | | | Debt Encumbrance | | ($0.90) | $3.21 |
| RCH | 8/8/2006 11:36:51 AM | 148 | | | Sales | ($9.60) | | $12.81 |
| RCH | 8/7/2006 11:12:52 AM | TX080706 | | | Transfer - In from TRUFACS | $5.25 | | $7.56 |
| RCH | 8/3/2006 3:27:38 AM | TX080306 | | | Transfer - In from TRUFACS | $7.56 | | -------- |
| RCH | 8/3/2006 3:27:38 AM | FICD0506-1144 | | | Debt Encumbrance | | ($0.04) | -------- |
| RCH | 8/3/2006 3:27:38 AM | 6EDGD095-1140 | | | Debt Encumbrance | | ($0.08) | -------- |
| RCH | 8/3/2006 3:27:38 AM | FEDGD115-1141 | | | Debt Encumbrance | | ($0.12) | -------- |
| RCH | 8/3/2006 3:27:38 AM | FEDGD123-1142 | | | Debt Encumbrance | | ($0.22) | -------- |
| RCH | 8/3/2006 3:27:38 AM | FEDGD132-1146 | | | Debt Encumbrance | | ($0.25) | -------- |
| RCH | 8/3/2006 3:27:38 AM | FICD0606-1145 | | | Debt Encumbrance | | ($0.25) | -------- |
| RCH | 8/3/2006 3:27:38 AM | EDGV0687-1139 | | | Debt Encumbrance | | ($0.30) | -------- |
| RCH | 8/3/2006 3:27:38 AM | FICD0406-1143 | | | Debt Encumbrance | | ($1.05) | -------- |

Total Transactions: 15                    Totals:    $3.40    ($3.21)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | $0.19 | $0.00 | $3.21 | $0.00 | $0.00 | $0.00 | $0.00 | $3.40 |
| Totals: | $0.19 | $0.00 | $3.21 | $0.00 | $0.00 | $0.00 | $0.00 | $3.40 |