Date: 05/22/2008  
Time: 12:48:26 pm

Federal Bureau of Prisons  
TRUFACS  
View Inmate Transactions  
Sensitive But Unclassified

Facility: RCH

Criteria: Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2007 09:45:05 AM | 10256050 | BUTLER, JAMES A | RCH | RCH2001 | Debt Encumbrance - Initial PLRA | ($0.19) | HRCHD002 - 4 | | | $3.40 |
| 10/26/2006 09:52:28 AM | 10256050 | BUTLER, JAMES A | RCH | RCH3003 | Sales | ($0.80) | 53 | | | $3.40 |
| 10/25/2006 03:12:42 PM | 10256050 | BUTLER, JAMES A | RCH | TP_PHON | Phone Withdrawal | ($1.00) | TFN1025 | | | $4.20 |
| 10/24/2006 11:49:25 AM | 10256050 | BUTLER, JAMES A | RCH | DataMig | Phone Rev With Rel | $1.99 | ITS2CONV | | | $5.20 |
| 09/05/2006 10:41:12 AM | 10256050 | BUTLER, JAMES A | RCH | RCH7584 | Debt Encumbrance - Debts Owed Gov't | ($0.90) | FICD0906 - 1277 | | | $3.21 |
| 08/08/2006 11:36:51 AM | 10256050 | BUTLER, JAMES A | RCH | RCH3005 | Sales | ($9.60) | 148 | | | $3.21 |
| 08/07/2006 12:12:52 PM | 10256050 | BUTLER, JAMES A | EDG | Sentry | Transfer - Out to TRUFACS | ($5.25) | TX080706 | | | $0.00 |
| 08/07/2006 11:17:21 AM | 10256050 | BUTLER, JAMES A | EDG | EDG2005 | Payroll - IPP | $5.25 | FIPP0706 | | | $5.25 |
| 08/07/2006 11:12:52 AM | 10256050 | BUTLER, JAMES A | RCH | Sentry | Transfer - In from TRUFACS | $5.25 | TX080706 | | | $12.81 |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Transfer - Out to TRUFACS | ($7.56) | TX080306 | | | $0.00 |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | EDG | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $0.25 | FEDGD132 - 1875 | | | |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | EDG | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $0.25 | FICD0606 - 1654 | | | |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | EDG | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $0.04 | FICD0506 - 1372 | | | |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $1.05 | FICD0406 - 1241 | | | |

Date: 05/22/2008
Time: 12:48:26 pm

Federal Bureau of Prisons
TRUFACS
View Inmate Transactions
Sensitive But Unclassified

Facility: RCH

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | EDG | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $0.22 | FEDGD123 - 1099 | | | |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | EDG | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $0.12 | FEDGD115 - 730 | | | |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | EDG | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $0.08 | 6EDGD095 - 161 | | | |
| 08/03/2006 04:27:38 AM | 10256050 | BUTLER, JAMES A | EDG | SENTRY | Debt Encumbrance - Released - Debts Owed Gov't | $0.30 | ATLV0687 - 451 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Transfer - In from TRUFACS | $7.56 | TX080306 | | | $7.56 |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($0.25) | FEDGD132 - 1146 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($0.25) | FICD0606 - 1145 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($0.04) | FICD0506 - 1144 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($1.05) | FICD0406 - 1143 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($0.22) | FEDGD123 - 1142 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($0.12) | FEDGD115 - 1141 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($0.08) | 6EDGD095 - 1140 | | | |
| 08/03/2006 03:27:38 AM | 10256050 | BUTLER, JAMES A | RCH | SENTRY | Debt Encumbrance - Debts Owed Gov't | ($0.30) | EDGV0687 - 1139 | | | |

Total Number Transactions: 27