IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JAMES A. BUTLER, | * |
| Plaintiff, | * |
| vs. | * Civil No. WMN-03-797 |
|  | *            WMN-03-708 |
| FEDERAL BUREAU OF PRISONS, et al., | *            WMN-02-4102 |
| Defendants. | * |

## DECLARATION OF ALECIA D. SANKEY

In accordance with the provisions of Section 1746 of Title 28, United States Code, I, the undersigned Alecia D. Sankey, do hereby make the following declaration pertinent to the above-styled cause of action:

1. I, Alecia D. Sankey, am presently a Paralegal Specialist and Administrative Remedy Clerk at the Mid-Atlantic Regional Office of the Federal Bureau of Prisons (Bureau). I have been employed by the Bureau since December 2002. I have been employed as the Paralegal Specialist since January 2006. I have been employed as the Administrative Remedy Clerk since March 2006.

2. As Paralegal Specialist and Administrative Remedy Clerk, I am familiar with Bureau Program Statement 1330.13, Administrative Remedy Program, and the processing of inmate administrative remedies. I am responsible for reviewing administrative remedy appeals received at the Mid-Atlantic Regional Office and assisting in determining whether they have been properly submitted. I assign them for investigation and response and provide technical support to institution staff involved in the processing of administrative remedies at the institution level. In this position, I have access to the official records compiled and maintained by the Bureau, many of which are located in the Bureau's computerized records (SENTRY) and inmate files. These documents include records pertaining to inmate James Butler, Federal Register Number 10256-050.

3. I certify that the attached documents are true and accurate copies of official records received, compiled, and maintained in the ordinary course of business by the Bureau.

4. The Bureau of Prisons has established a three-tiered administrative remedy process through which an inmate may seek formal review of any issue which relates to any aspect of his

confinement.

5. Mr. Butler was designated to the Federal Medical Center, Rochester, located in Rochester, Minnesota, in August, 2006. He has filed 20 Administrative Remedies since that time.

6. Attached hereto as <u>Attachment A</u> is a true and correct copy of SENTRY print-out "Administrative Remedy Generalized Retrieval," dated May 23, 2008, pertaining to Mr. Butler. It indicates that Mr. Butler filed Remedy ID No. 446660, requesting partial payment paid to court. It further indicates that Mr. Butler did not exhaust this remedy. He filed at the institution (446660-F1) and at the North Central Regional Office (446660-R1), but there is no record of him filing at the Office of General Counsel for final agency review and disposition. Therefore, it is deemed that Mr. Butler has not exhausted his administrative remedies for partial payment paid to the court.

I declare under the penalty of perjury, the foregoing is true and correct, to the best of my knowledge.

Executed on this 23rd day of May, 2008.

*Alecia D. Sankey*
Alecia D. Sankey
Paralegal Specialist
Federal Bureau of Prisons
Mid-Atlantic Regional Office
Annapolis Junction, Maryland 20701

2