```
   MXRSC            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       05-23-2008
PAGE 001 OF                                                              09:57:10
     FUNCTION: L-P SCOPE: CASE  EQ 446660         OUTPUT FORMAT: FULL_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ____ DAYS BEFORE "OR" FROM ___ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ____ DAYS BEFORE "OR" FROM ___ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____     ____     ____     ____     ____
TRACK:   DEPT:    _____  _____  _____  _____  _____  _____
       PERSON:    ____      ____      ____      ____      ____      ____
         TYPE:    ____      ____      ____      ____      ____      ____
EVNT FACL: EQ ____     ____     ____     ____     ____     ____
RCV FACL.: EQ ____     ____     ____     ____     ____     ____
RCV UN/LC: EQ ____     ____     ____     ____     ____     ____
RCV QTR..: EQ ____     ____     ____     ____     ____     ____
ORIG FACL: EQ ____     ____     ____     ____     ____     ____
ORG UN/LC: EQ ____     ____     ____     ____     ____     ____
ORIG QTR.: EQ ____     ____     ____     ____     ____     ____




G0002        MORE PAGES TO FOLLOW . . .
```

```
   MXRSC              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-23-2008
PAGE 002 OF 002 *             FULL SCREEN FORMAT                  *       09:57:10


REGNO: 10256-050 NAME: BUTLER, JAMES
RSP OF...: RCH UNT/LOC/DST: MED/SURG        QTR.: D03-226L   RCV OFC: RCH
REMEDY ID: 446660-F1      SUB1: 15AM SUB2:  DATE RCV:   03-23-2007
UNT RCV..: MED/SURG      QTR RCV.: D04-218L  FACL RCV: RCH
UNT ORG..: MED/SURG      QTR ORG.: D04-218L  FACL ORG: RCH
EVT FACL.: RCH    ACC LEV:  RCH  1 NCR  1            RESP DUE:  THU  04-12-2007
ABSTRACT.: WANTS PARTIAL PAYMENT PAID TO COURT
STATUS DT: 04-06-2007   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:    DATE ENTD: 03-23-2007
REMARKS..:



REGNO: 10256-050 NAME: BUTLER, JAMES
RSP OF...: RCH UNT/LOC/DST: MED/SURG        QTR.: D03-226L   RCV OFC: NCR
REMEDY ID: 446660-R1      SUB1: 15AM SUB2:  DATE RCV:   04-23-2007
UNT RCV..: MED/SURG      QTR RCV.: D04-218L  FACL RCV: RCH
UNT ORG..: MED/SURG      QTR ORG.: D04-218L  FACL ORG: RCH
EVT FACL.: RCH    ACC LEV:  RCH  1 NCR  1            RESP DUE:  WED  05-23-2007
ABSTRACT.: WANTS PARTIAL PAYMENT PAID TO COURT
STATUS DT: 05-17-2007   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:    DATE ENTD: 04-24-2007
REMARKS..:









                        2 REMEDY SUBMISSION(S) SELECTED
   G0000          TRANSACTION SUCCESSFULLY COMPLETED
```