IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES A. BUTLER | * | |
| Plaintiff | | |
| v. | * | CIVIL ACTION NO. WMN-07-463 |
| CLINICAL DIRECTOR BARBUAK | * | |
| WARDEN S. DEWALT | | |
| NURSE WILLIAMS | * | |
| HEALTH SER. ADMINISTRATOR ELAWAN | | |
| JOHN DOES | * | |
| JANE DOES | | |
| AWs | * | |
| M.D. BLOCKER | | |
| CLINICAL DIRECTOR SERRANO | * | |
| In their individual and official capacities | | |
| Defendants. | * | |
| ***** | | |

**O R D E R**

On July 31, 2007, this 28 U.S.C. § 1331 civil rights/Federal Tort Claims Act ("FTCA") action was placed on the active docket and assigned to the undersigned judge. Plaintiff was ordered to submit a motion to proceed in forma pauperis. The Fiscal Administrator at the Federal Medical Center ("FMC") in Rochester, Minnesota was directed to file a certificate which indicated the average monthly balances and deposits in Plaintiff's prison account for the preceding six-month period.

Plaintiff has filed an indigency motion and fee statement. Paper No. 4. Plaintiff has an account balance of $3.40 as of August 8, 2007. *Id*. Consequently, his Motion for Leave to Proceed In Forma Pauperis shall be granted. The initial partial filing fee payment shall be waived. Plaintiff remains obligated, however, to remit periodic fee payments until such time as the $350.00 filing fee has been paid in full. Defendants shall be required to file a response to Plaintiff's Complaint.

Accordingly, IT IS this 12th day of  September , 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Paper No. 4) IS GRANTED;

2. The initial partial filing fee IS WAIVED;

3. In accordance with the provisions of 28 U.S.C. § 1915(b)(2), Plaintiff SHALL MAKE monthly payments of 20% of each preceding month's income credited to his account as payments of the $350.00 filing fee;

4. The Fiscal Administrator at the Federal Medical Center in Rochester, Minnesota SHALL FORWARD the above described payments from Plaintiff's prison account to the Clerk each time the amount in the prison account exceeds $10.00 until the $350.00 filing fee is paid in full; and

5. Plaintiff IS REQUIRED to inform this Court of any change of address during the pendency of this action, pursuant to Local Rule 102.1.b.iii. (D. Md. 2004).  Further, as required under Fed. R. Civ. P. 5, Plaintiff is required to certify that he has provided this information to all counsel of record;

6. If defense counsel has some question regarding Plaintiff's indigency, he IS INSTRUCTED to inform this Court;

7. The Clerk SHALL MAIL a copy of this Order and Paper No. 1 to the United States Attorney for the District of Maryland, Civil Division, Assistant United Attorney Allen Loucks, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201. If this individual is not willing to accept service by mail on behalf of Defendants, he is requested to so notify this Court in writing after receipt of all documents.

Otherwise, this Court will understand that Mr. Loucks will accept service of process on Defendants;

8. The Clerk SHALL otherwise WITHHOLD service as to Defendants; and

9. Defendants ARE DIRECTED to answer Plaintiff's complaint in accordance with Rule 12(a) of the Federal Rules of Civil Procedure. If Defendants require an additional period of time in which to answer, counsel is directed to file such a request for extension within sixty (60) days, pursuant to the aforementioned Rule.

/s/

William M. Nickerson
Senior States District Judge